**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

George Lewis Higgins, III
Attorney at Law
P. O. Box 3370
Pineville LA 71361-3370

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on October 27, 2021

**REHEARING ACTION: October 27, 2021**

**Docket Number: 21   00197-KW**

**STATE OF LOUISIANA**
**VERSUS**
**KENNETH SETH THOMAS**

**Writ Application from Rapides Parish Case No. 336-230**

**BEFORE JUDGES:**

    **Hon. John E. Conery**
    **Hon. D. Kent Savoie**
    **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Kenneth Seth Thomas** is:

    **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Phillip Terrell, Jr., Counsel for  the Respondent